# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MARK STANLEY MILLER | ) | Case No. 10-25453 MER |
| JAMILEH MILLER | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| MARK S. MILLER | ) | Adversary No.14-1369 MER |
| JAMILEH MILLER | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DUETSCHE BANK NATIONAL TRUST | ) | |
| COMPANY, ARAPAHOE COUNTY | ) | |
| PUBLIC TRUSTEE OFFICE, ARONOWITZ | ) | |
| & MECKLENBERG, SUSAN HENDRICKS, | ) | |
| STACEY ARONOWITZ, MORTGAGE | ) | |
| ELECTRONIC REGISTRATION SYSTEM | ) | |
| ONE WEST BANK, FSB, JUSTIN ROCK, | ) | |
| and BARBARA CAMPBELL, | ) | |
| Defendants. | ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 8/6/2014 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: September 30, 2014        BY THE COURT:

_____
United States Bankruptcy Court Judge