**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Marcia S. Krieger**

**Civil Action No. 14-cv-03112-MSK**

**In re: MARK S. MILLER and JAMILEH MILLER**

**Debtors/Appellants.**

---

**Civil Action. No. 14-cv-02707-MSK**

**MARK S. MILLER, and**
**JAMILEH MILLER,**

**Plaintiffs,**

**v.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
**ARAPAHOE COUNTY PUBLIC TRUSTEE OFFICE,**
**ARONOWITZ & MECKLENBERG,**
**SUSAN HENDRICK,**
**STACEY ARONOWITZ,**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEM,**
**ONEWEST BANK, FSB,**
**JUSTIN ROCK, and**
**BARBARA CAMPBELL,**

**Defendants.**

---

**Civil Action No. 14-cv-02709-MSK**

**MARK S. MILLER, and**
**JAMILEH MILLER,**

**Plaintiffs,**

**v.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
**ARONOWITZ & MECKLENBURG, LLP, and**
**ONEWEST BANK F.S.B.,**

**Defendants.**

---

**In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.**

**Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (Doc. #16, ) filed on August 7, 2015, it is**

**ORDERED THAT,** the Bankruptcy Court's October 30, 2014 Order dismissing the Debtors' Chapter 13 bankruptcy case is **AFFIRMED** (Case No. 14-cv-03112-MSK). The Motions to Withdraw the Reference in Case Nos. 14-cv-02707-MSK and 14-cv-02709-MSK are **GRANTED**. The references to the Bankruptcy Court are **WITHDRAWN**, and all claims are **DISMISSED** for lack of subject matter jurisdiction.

Dated this 7th day of August, 2015.

**BY THE COURT:**

Marcia S. Krieger

Marcia S. Krieger
Chief United States District Judge